IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-848-KDB-DCK

| DOUGLAS CRICHFIELD, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and BANK OF AMERICA, N.A., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by Leonard A. Bennett, concerning Adam W. Short, on January 18, 2024. Adam W. Short seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. Adam W. Short is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 18, 2024

David C. Keesler
United States Magistrate Judge